JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Rajesh Varma, *et al.,* | Case No. EDCV 18-1038-JGB (SPx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| Nationstar Mortgage LLC, *et al.* | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiffs' Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: October 4, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge